IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re: JOSHUA J THIRY          Case No. 19-33984
SAMANTHA M THIRY               Chapter 7
Debtors                        Judge GUSTAFSON

NOTICE OF CHANGE OF ADDRESS

Now come the debtors, Joshua Thiry and Samantha Thiry, by and through their attorney, and hereby give notice that they have moved. The debtors' address change is as follows:

JOSHUA THIRY
SAMANTH THIRY
1019 RALSTON AVE.
DEFIANCE OH 43512

/s/Kristen A. Stanton
Kristen A. Stanton,
Attorney for Debtors
1931 E. Second St., Ste. D
Defiance OH 43512
(419) 784-0200

**CERTIFICATE OF SERVICE**

Pursuant to Bankruptcy Rule 1009, I certify that a copy of the Change of Address filed herein, and Certificate of Service, has been sent via regular U.S. mail this 14 day of January, 2020, or electronically to the following:

Patti Baumgartner-Novak, Trustee
3015 Navarre Ave. #203
Oregon OH  43616

US Trustee
201 Superior Ave E
Cleveland OH   44114

                                          /s/Kristen A. Stanton
                                          Kristen A. Stanton, Esq.
                                          1931 East Second Street Suite D
                                          Defiance OH  43512 (419) 784-0200