```
                              United States Bankruptcy Court
                               Northern District of Ohio
In re:                                                                  Case No. 19-33984-jpg
Joshua J. Thiry                                                         Chapter 7
Samantha M. Thiry
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0647-3          User: admin                   Page 1 of 2                  Date Rcvd: Apr 16, 2020
                              Form ID: 318                  Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
db             +Joshua J. Thiry,    12025 McCavit Rd.,    Ney, OH 43549-9607
db             +Samantha M. Thiry,    1019 Ralston Ave.,    Defiance, OH 43512-1373
26379103      ++ARBOR PROFESSIONAL SOLUTIONS,    2090 S MAIN STREET,    ANN ARBOR MI 48103-5827
               (address filed with court: Arbor Professional Solutions,     2090 S Main,   Ann Arbor, MI 48103)
26379104       Brian C Reed,    36 N Second St.,    PO Box 919,   Newark, OH 43058-0919
26379106       +Bryan Municipal Court,    1399 E. High Street,    PO Box 546,   Bryan, OH 43506-0546
26471356       +Bryan Truck Line Inc,    14020 US Rt 20A,    Montpelier, OH 43543-9347
26379107       +Bryan Truck Lines,    14020 US 20a,   Montpelier, OH 43543-9347
26379108        Burt, Blee, Dixon, Sutton & Bloom,    Attn: Jeffrey Clark,    200 East Main St., Ste. 1000,
                 PO Box 10810,    Fort Wayne, IN 46854-0810
26379110       +CBCS,   PO Box 163333,    Columbus, OH 43216-3333
26379111       +Christine Herman,    3306 Jeannette Ave,   Toledo, OH 43608-1621
26379112       +Chrzan Law,    701 S Clinton St,    Ste 210,   Fort Wayne, IN 46802-1806
26379113       +Community Hospitals and Wellness,    433 W High Street,    Bryan, OH 43506-1690
26379118       +Defiance Municipal Court,    665 Perry St.,    Defiance, OH 43512-2734
26379119        Defiance Regional Med Ctr,    PO Box 632927,    Cincinnati, OH 45263-2927
26379120        Fort Wayne Radiology,    PO Box 371863,   Pittsburgh, PA 15250-7863
26379121       +Fulton County CSEA,    604 S Shoop Ave,   Suite 200,    Wauseon, OH 43567-1731
26379122        Health Care Solutions,    PO Box 105760,    Atlanta, GA 30348-5760
26379123       +Helvey and Associates,    1015 E. Center St.,    Warsaw, IN 46580-3420
26379131       +NCB Management Services,    PO Box 1099,    Langhorne, PA 19047-6099
26379130       +National Credit Adjuster,    327 W 4th Ave,    Hutchinson, KS 67501-4842
26379132        OMNI Health Services,    PO Box 88087,   Chicago, IL 60680-1087
26379135       +Parkview Physicians Group,    PO Box 2253,    Fort Wayne, IN 46801-2253
26379137        ProMedica,    PO Box 740052,   Cincinnati, OH 45274-0052
26379143       +Shambaugh Kast Beck & Williams,    229 W Berry St #400,    Fort Wayne, IN 46802-2200
26379144       +Strategic Recovery Group,    6606 Lyndon B Johnson Fwy,    Dallas, TX 75240-6533
26379146       +Tammy Sharp,    807 Palmwood,    Delta, OH 43515-1237
26379147       +UHEAA/Cornerstone/AES,    PO Box 61047,   Harrisburg, PA 17106-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Apr 17 2020 00:09:25     Cynthia J. Thayer,
                 US Department of Justice,    201 Superior Avenue,    Suite 441,   Cleveland, OH 44114-1234
cr             +EDI: PRA.COM Apr 17 2020 03:38:00     PRA Receivables Management, LLC,    PO Box 41067,
                 Norfolk, VA 23541-1067
26379124        EDI: HNDA.COM Apr 17 2020 03:38:00     Honda Financial Services,    PO Box 60001,
                 City of Industry, CA 91716-0001
26379101        EDI: HNDA.COM Apr 17 2020 03:38:00     American Honda Finance,    2170 Point Blvd, Ste. 100,
                 Elgin, IL 60123-7885
26379102        E-mail/Text: ebn@americollect.com Apr 17 2020 00:10:49     Americollect Inc,
                 1851 S Alverno Rd,    Manitowoc, WI 54220
26379105        E-mail/Text: businessmanager@bryandentalgroup.com Apr 17 2020 00:11:44     Bryan Dental Group,
                 Drs Tipton, Chaney, Brown & Walkup,    442 W High St. Ste. 2,    Bryan, OH 43506-1681
26379109       +EDI: CAPITALONE.COM Apr 17 2020 03:38:00     Capital One,    Attn: Bankruptcy,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
26379114       +E-mail/Text: LEGAL@COMWIDE.COM Apr 17 2020 00:11:44     Communitywide Federal Credit Union,
                 1555 Western Avenue,    South Bend, IN 46619-3742
26379115       +E-mail/Text: bankruptcy@caiarm.com Apr 17 2020 00:10:09     Credit Adjustments, Inc.,
                 330 Florence St.,    Defiance, OH 43512-2593
26379116        E-mail/Text: bkcy@creditmgt.com Apr 17 2020 00:10:16     Credit Management Control,
                 PO Box 1654,    Green Bay, WI 54305-1654
26379117       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 17 2020 00:04:08     Credit One Bank,
                 PO Box 98875,    Las Vegas, NV 89193-8875
26379125        EDI: IIC9.COM Apr 17 2020 03:38:00     IC System Inc,    444 Highway 96 East,   PO Box 64887,
                 Saint Paul, MN 55164-0887
26379126        E-mail/Text: BKRMailOPS@weltman.com Apr 17 2020 00:10:03     Kay Jewelers,    PO Box 740425,
                 Cincinnati, OH 45274-0425
26379127       +E-mail/Text: BKRMailOPS@weltman.com Apr 17 2020 00:10:02     Kay Jewelers,    375 Ghent Rd,
                 Fairlawn, OH 44333-4600
26379128       +E-mail/Text: bncnotices@becket-lee.com Apr 17 2020 00:09:11     Kohls/Capital One,
                 PO Box 3115,    Milwaukee, WI 53201-3115
26379129       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2020 00:04:15     LVNV,
                 PO Box 10497,    Greenville, SC 29603-0497
26468934        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2020 00:04:15     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
26379130       +E-mail/Text: bankruptcy@ncaks.com Apr 17 2020 00:09:04     National Credit Adjuster,
                 327 W 4th Ave,    Hutchinson, KS 67501-4842
26379136        EDI: PRA.COM Apr 17 2020 03:38:00     Portfolio Recovery Associates,    PO Box 12914,
                 Norfolk, VA 23541
26379133       +EDI: PARKVIEWHLTH.COM Apr 17 2020 03:38:00     Parkview Health,    PO Box 10416,
                 Des Moines, IA 50306-0416
26379134       +EDI: PARKVIEWHLTH.COM Apr 17 2020 03:38:00     Parkview Health,    PO Box 5600,
                 Fort Wayne, IN 46895-5600
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
26468932           E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2020 00:04:21
                    Pinnacle Credit Services, LLC,   Resurgent Capital Services,   PO Box 10587,
                    Greenville, SC 29603-0587
26379138          +E-mail/Text: customerservicecalls@promedica.org Apr 17 2020 00:10:10       Promedica,
                    Central Business Office,   2142 N Cove Blvd,   Toledo, OH 43606-3895
26379139          +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2020 00:05:13
                    Resurgent Capital Services,   PO Box 1269,   Greenville, SC 29602-1269
26379140          +EDI: PHINELEVATE Apr 17 2020 03:38:00      Rise,   4150 International Plaza,  Ste 400,
                    Fort Worth, TX 76109-4819
26379141          +EDI: PHINELEVATE Apr 17 2020 03:38:00      Rise,   PO Box 101808,  Fort Worth, TX 76185-1808
26379142          +E-mail/Text: collectionslegal@parknationalbank.com Apr 17 2020 00:11:50
                    Second National Bank,   499 S Broadway St.,   Greenville, OH 45331-1961
26484097          +E-mail/Text: kmyers@superiorcu.com Apr 17 2020 00:10:14      Superior Credit Union,
                    4230 Elida Rd,   Lima, OH 45807-1550
26379145           E-mail/Text: kmyers@superiorcu.com Apr 17 2020 00:10:14      Superior Federal Credit Union,
                    1205 E Kibbey St,   Lima, OH 45804-3122
26477289           EDI: AIS.COM Apr 17 2020 03:38:00      T Mobile/T-Mobile USA Inc,
                    by American InfoSource as agent,   PO Box 248848,   Oklahoma City, OK  73124-8848
26379148          +EDI: WFFC.COM Apr 17 2020 03:38:00      WF Card Service,   PO Box 14517,
                    Des Moines, IA 50306-3517
                                                                                              TOTAL: 31

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26538612*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541)
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2020 at the address(es) listed below:
```
              Kristen A. Stanton    on behalf of Debtor Joshua J. Thiry kstantonbknotices@gmail.com,
               kristen@kristenstantonlaw.com
              Kristen A. Stanton    on behalf of Debtor Samantha M. Thiry kstantonbknotices@gmail.com,
               kristen@kristenstantonlaw.com
              Patti Baumgartner-Novak    pnovak@bex.net, kroseman@bex.net;OH76@ecfcbis.com
                                                                                             TOTAL: 3
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Joshua J. Thiry** | | Social Security number or ITIN | **xxx–xx–9076** |
| | First Name  Middle Name  Last Name | | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Samantha M. Thiry** | | Social Security number or ITIN | **xxx–xx–7859** |
| | First Name  Middle Name  Last Name | | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Ohio** | | | |
| Case number: | **19–33984–jpg** | | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joshua J. Thiry

Samantha M. Thiry
fka Samantha M Hooks, fka Samantha M Byers,
fka Samantha M Kessler

4/16/20

**By the court:** <u>JOHN P. GUSTAFSON</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**